**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60212-CIV-ALTMAN/Hunt**

**BRITTNIE ANDERSON, BIANCA F. CURATOLO,**
and **DANIEL TAYLOR,** *on behalf of themselves*
*and all others similarly situated*,

      Plaintiffs,
v.

**TWO MAIDS FRANCHISING, LLC**,

      Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal without Prejudice ("Notice") [ECF No. 26]. Because the Notice was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is self-executing. And, although this case was brought under the Fair Labor Standards Act, there is no indication that this matter has resolved by settlement such that the Court must now review and approve the parties' settlement agreement. Therefore, being fully advised, the Court hereby **DISMISSES** the above-styled case **without prejudice**. The Clerk shall **CLOSE** the case, any pending motions are **DENIED as moot**, and all other deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, ~~this 13th~~ day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record